No. 92–5240. ALLEN v. BORG, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–5242. ROBERTS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5243. RICHARD v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–5244. PURTELL v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–5245. BULLER v. SOUTH DAKOTA. Sup. Ct. S. D. Certiorari denied.

No. 92–5246. JOHNSON v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. (two cases). C. A. 11th Cir. Certiorari denied.

No. 92–5249. VAUGHN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–5251. SIMONE v. OHIO. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 92–5252. STICH ET UX. v. ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–5253. WHATLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–5254. THONG VAN DANG v. ESTELLE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–5255. DELMAIN v. PURKETT, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER. Sup. Ct. Mo. Certiorari denied.

No. 92–5258. WIDENER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–5259. SILVA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5261. SAIZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.